IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

-----------------------------------------------------------x
:
FREDERICK N. KOVAL : 3:02 CV 1879(CFD)
:
:
:
v. :
:
:
:
METRO-NORTH RAILROAD CO. ET AL. : DATE: JUNE 7, 2004
:
-----------------------------------------------------------x

## RULING ON DEFENDANT METRO-NORTH'S MOTION FOR EXTENSION OF SCHEDULING ORDER DEADLINES

By agreement of counsel, Metro-North's Motion for Extension of Scheduling Order Deadlines (Dkt. #57) is hereby <u>granted</u> such that plaintiff's expert(s) shall be deposed **on or before June 30, 2004,** defendant shall disclose its expert(s) **on or before June 30, 2004**, and defendant's expert(s) shall be deposed **on or before July 30, 2004**.

Dated at New Haven, Connecticut, this 7th day of June, 2004.

_____/s/_____
Joan Glazer Margolis
United States Magistrate Judge