UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

_____X

| | |
|---|---|
| FREDERICK N. KOVAL, | CIVIL ACTION |
| Plaintiff | NO. 3:02CV01879 (CFD) |
| VS. | |
| METRO-NORTH RAILROAD COMPANY, | |
| Defendants | MARCH 24, 2005 |

_____X

### PARTIES' JOINT STATUS REPORT

Pursuant to the Court's Order, the parties hereby submit their Joint Status Report.

**A. Nature of Case**

(1) This case is an occupational hearing loss case brought against Metro-North Railroad pursuant to the Federal Employers' Liability Act. It was joined for discovery purposes to Judge Margolis with about thirty remaining occupational hearing loss cases filed in the District of Connecticut.

(2) There are no motions pending.

(3) This matter will be tried to a jury and will not take longer than four days.

**B. Discovery**

(1) Fact discovery is completed.

**C. Settlement**

(1) A settlement conference covering this case was held last fall with Judge Margolis and was unsuccessful.

(2) There are no outstanding reports due at this time.

(3) The parties do not believe a settlement conference will be beneficial at this time. The parties are scheduled to try the first occupational hearing loss case on May 23rd before Judge Arterton. The plaintiffs and the defendant disagree on the value of most, if not all, of the pending occupational hearing loss cases.

**D. Trial Preparation**

(1) This case can be trial ready by June 27, 2005.

(2) The parties are not aware of any additional preparation that is needed at this time.

(3) The parties are not aware of the need for any additional pleadings at this time.

(4) A joint trial memorandum has not been filed but can be filed by June 10, 2005.

Date:   March 24, 2005                    FOR THE PLAINTIFF, FREDERICK N. KOVAL

                                          By _____/s/ Scott Perry_____
                                          Scott E. Perry (ct17236)
                                          CAHILL, GOETSCH & MAURER, P.C.
                                          43 Trumbull Street
                                          New Haven, Connecticut 06510
                                          (203) 777-1000

Date: March 24, 2005

FOR THE DEFENDANT, METRO-NORTH
RAILROAD COMPANY

By /s/ Susan B. Parzymieso
Susan B. Parzymieso (ct25301)
RYAN, RYAN, JOHNSON & DELUCA, LLP
80 Fourth Street, P.O. Box 3057
Stamford, Connecticut 06905
(203) 357-9200

4

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed, postage prepaid on this 24 day of March, 2005, to Susan B. Parzymieso, Esq., Ryan, Ryan, Johnson & Deluca, LLP, 80 Fourth Street, P.O. Box 3057, Stamford, Connecticut 06905.

_Scott Perry_
Scott E. Perry