UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
FREDERICK N. KOVAL              :

    Vs                          :       Case No.3:02CV1879(CFD)

METRO-NORTH RR CO.
                                :
```

**JUDGMENT**

    Counsel of record having reported to the court on November 21, 2005, that the above-entitled cases has settled;

    It is accordingly ORDERED that this action be and is hereby dismissed without costs and without prejudice to the right of any parties to move within 30 days to re-open the case if the settlement has not been consummated.

    Dated at Hartford, Connecticut, January 26, 2006.

                                    KEVIN F. ROWE, Clerk


                            BY:_____
                                Devorah Johnson
                                Deputy Clerk


EOD_____